IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL OTIS ROBERTSON,
ADC #136346                                                                                          PLAINTIFF

v.                                          4:19CV00246-BRW-JTK

CHARLES DOC HOLLADAY, et al.                                                              DEFENDANTS

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Plaintiff's Amended Complaint against Defendants is DISMISSED with prejudice as frivolous. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

I certify that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment will accompany this Order.

IT IS SO ORDERED this 7th day of June, 2019.


                                                                    Billy Roy Wilson
                                                                    UNITED STATES DISTRICT JUDGE