# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL OTIS ROBERTSON,**
**ADC #136346**                                                                    **PLAINTIFF**

**v.**                          **4:19CV00246-BRW-JTK**

**CHARLES DOC HOLLADAY, et al.**                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED with prejudice as frivolous.

I certify that an *in forma pauperis* appeal from this Judgment and accompanying Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 7th day of June, 2019.


                                       Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE